No. 14, original. COLORADO *v.* KANSAS ET AL. Argued November 26, 1928. Decided December 3, 1928. *Per Curiam:* The motion to dismiss is denied without prejudice to any question and with leave to the defendants to answer within ninety days. *Messrs. F. Dumont Smith* and *John G. Egan,* with whom *Messrs. Wm. A. Smith, Chester I. Long,* and *Lawrence Lewis* were on the brief, for defendants in support of the motion. *Messrs. Fred A. Sabin* and *James G. Rogers,* with whom *Messrs. Wm. L. Boatright, Ralph L. Carr, Henry A. Dubbs,* and *Platt Rogers* were on the brief, for complainant in opposition thereto.

No. 87. WICK ET AL. *v.* SUPERIOR COURT OF THE STATE OF WASHINGTON, ETC. December 4, 1928. *Per Curiam:* Writ of error dismissed with costs for want of a final judgment. *Mr. Joseph D. Sullivan* for plaintiffs in error. *Messrs. F. G. Dorety, Frank T. Post, Edwin C. Matthias, Charles S. Albert,* and *Thomas Balmer* for defendant in error. See *post,* p. 575.

No. 490. HART REFINERIES *v.* MONTANA. December 10, 1928. *Per Curiam:* On examination of the statement intended to show jurisdiction of this appeal, the Court finds that the claim of a federal question upon which this cause and the appeal are based is frivolous and the appeal is dismissed upon the authority of *Raley & Bros. v. Richardson,* 264 U. S. 157, 159. *Mr. John E. Patterson* for appellant. No appearance for appellee. See *post,* p. 584.